| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

HOWARD JAMES WHITE, §
§
    Movant, §
§
versus                                     §      CIVIL ACTION NO. 1:22-CV-109
§
UNITED STATES OF AMERICA, §
§
    Respondent. §

## FINAL JUDGMENT

This action came on before the court, and the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that this Motion to Vacate, Set Aside or Correct Sentence is **DENIED**.

All motions not previously ruled on are **DENIED**.

SIGNED at Beaumont, Texas, this 25th day of February, 2025.

                                            MARCIA A. CRONE
                                       UNITED STATES DISTRICT JUDGE